**FILED**
**JUN 18 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CR 483**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE DENLOW**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
**NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   **NO X**   YES ☐

8) Does this indictment or information include a conspiracy count?   **NO X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud .......... (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery .......... (II) | X Other Fraud .......... (III) | ☐ Imigration Laws (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault .............. (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary .......... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act .......... (IV) |
| ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail .......... (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana .......... (III) | ☐ Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement ...... (III) | ☐ DAPCA Narcotics .......... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18, United States Code, Section 1341, 1343, and 1344

Assistant United States Attorney

(Revised 12/99)