# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States v. Darrell Rodgers, et al | 08 CR 483 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DARRELL RODGERS

| NAME (Type or print) |
|---|
| STEVEN SHOBAT |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Steven Shobat |

| FIRM  Law Offices of Steven Shobat |
|---|

| STREET ADDRES |
|---|
| 53 West Jackson, Suite 1603 |

| CITY/STATE/ZIP  Chicago, IL 60604 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6194394 | (312) 353-2118 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X    NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X    NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL    X         APPOINTED COUNSEL |