## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 483-1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA v. Darrell Rodgers | | |

**DOCKET ENTRY TEXT**

Bond Hearing Held. Enter Order Setting Conditions of Release. Defendant shall execute bond of $25,000.00 secured by $2,000.00 cash. Defendant admonished. Defendant shall make payable $2,000.00 within seven days of this order.

For further details see attached order.    Docketing to mail notices.

00:03

FILED
2008 JUL 11 PM 2:10
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|