UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 483 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| DARRELL RODGERS, et al. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/Matthew M. Getter
    MATTHEW M. GETTER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7651

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the

**ATTORNEY DESIGNATION**

was served on August 20, 2008, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

                                    Respectfully submitted,
                                    PATRICK J. FITZGERALD
                                    United States Attorney

By:    s/ Matthew M. Getter
          MATTHEW M. GETTER
          Assistant United States Attorney
          219 South Dearborn Street, 5th Floor
          Chicago, Illinois 60604
          (312) 886-7651