Order Form (01/2005)

# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 483 - ALL | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Darrell Rodgers, et al | | |

**DOCKET ENTRY TEXT**

Unopposed motion of the United States for Protective Order [20] is granted. Enter Protective Order. No appearance required on 9/4/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 26  AM 9:08
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|